10098.    PRITCHARD *v.* MAYOR AND ALDERMAN OF SAVANNAH.

HARWELL, J.   There being some evidence to support the finding of the recorder, his answer to the writ of certiorari being untraversed, and no error of law being assigned, the judge of the superior court did not err in overruling the certiorari..   See *Miles* v. *Savannah,* ante, 20 (97 S. E. 275).

> *Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 16, 1918.

Certiorari; from Chatham superior court—Judge Meldrim. June 27, 1918.

*Robert L. Colding,* for plaintiff in error.

*Robert J. Travis, David S. Atkinson,* contra.

---

9608.    BURKE *v.* THE STATE.

BLOODWORTH, J.   The grounds of the amendment to the motion for new trial are without merit, there is sufficient evidence to support the verdict, which the trial judge has approved, and this court will not interfere.

> *Judgment affirmed.   Broyles, P. J., concurs.   Harwell, J., dissents.*
> DECIDED NOVEMBER 20, 1918.

Accusation of possessing whisky; from city court of Albany— Judge Clayton Jones.   February 22, 1918.

*Pope & Bennet,* for plaintiff in error.

*Cruger Westbrook,* solicitor, contra.